# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| Timothy McGovern, | Case No. 3:18-cv-2506 |
| Plaintiff, | Judge: |
| v. | |
| | NOTICE OF MANUAL FILING |
| Lucas County, Ohio et al., | |
| Defendants. | |

Plaintiff gives notice of the manual filing of a DVD containing three videos showing many of the events referenced in the Complaint.  The videos are titled, "C-01-44 Booking Counter (fixed) (GB248)," "C-01-48 Bkg West C-D (GB249)," and "C-01-50 Bkg West Hall (GB251)."  The DVD is being filed in support of Plaintiff's Complaint.  This disc is being manually filed as it is not in a format suitable for electronic filing.

Respectfully submitted,

/s/ Adam G. Gerhardstein
Alphonse A. Gerhardstein (0032053)
Attorney for Plaintiff
Jennifer L. Branch (0038893)
Trial Attorney for Plaintiff
Adam G. Gerhardstein (0097138)
Gerhardstein & Branch Co. LPA
441 Vine Street, Suite 3400
Cincinnati, Ohio 45202
Tel (513) 621-9100
Fax (513) 345-5543
agerhardstein@gbfirm.com
jbranch@gbfirm.com
adamgerhardstein@gbfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2018 a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing pleading and the Notice of Electronic Filing has been served by ordinary U.S. mail upon all parties for whom counsel has not yet entered an appearance electronically.

s/ Adam G. Gerhardstein
Attorney for Plaintiff
