REPORT#: 3126267

# LUCAS COUNTY CORRECTIONS CENTER
## CORRECTIONS OFFICER REPORT

| | | |
|---|---|---|
| OFFICER: HOBBS, LAMONTE- 3331 | REPORT DATE/TIME: 11/10/2017 23:45 | |
| REASON: UNCOOPERATIVE | SHIFT: 3 | LOCATION: BKNG |
| INMATES INVOLVED: 0889105- MCGOVERN, TIMOTHY CRAIG | CRITICAL INCIDENT COMPLETE: YES | DISCIPLINE COMPLETE: NO |

INCIDENT DATE/TIME: 11/10/2017 04:00

SIR,

ON THE 11/10/2017 AT APPROX 0530HRS WHILE PUTTING A INMATE INTO WEST D HOLDING TANK INMATE MCGOVERN,TIMOTHY (0889105) BEGAN TO ARGUE WITH ME THAT HE DIDNT GET A PHONE CALL. I EXPLAINED TO INMATE MCGOVERN,TIMOTHY THAT HE DID NOT GET A PHONE CALL AT THE TIME OF BOOKING BECAUSE HE WAS INTOXICATED, UNCOOPERATIVE, AND DISRESPECTFUL TOWARDS LCCC STAFF AND TPD OFFICERS. INMATE MCGOVERN,TIMOTHY THEN THREW UP HIS MIDDLE FINGER AND SAID (FUCK YOU NIGGER) I THEN GRABBED INMATE BY HIS LEFT ARM AND SHOULDER TO ESCORT HIM TO SINGLE #7 FOR BEING DISRUPTIVE AND DISRESPECTFUL TOWARD STAFF. INMATE MCGOVERN,TIMOTHY BEGAN TO RESIST MY ESCORT TO SINGLE CELL #7. HE WAS TAKEN TO THE GROUND AND HANDCUFFED FOR OFFICER SAFETY. INMATE WAS GIVEN SEVERAL VERBAL COMMANDS TO PUT HIS HANDS BEHIND HIS BACK. HE CONTINUED TO DISOBEY MY COMMANDS AND RESIST OUR EFFORTS TO HANDCUFF HIM. OFFICER MEYERS AND GRANT CAME TO ASSIST ME PUT INMATE IN SINGLE CELL#7 WITHOUT FUTHER INCIDENT. NURSE WAS NOTIFIED TO CHECK FOR HANDCUFFS AND SMALL CUT ON INMATE FOREHEAD. NURSE APPLIED A BANDAID TO THE CUT AND INMATE WAS CLEARED WITHOUT FUTHER INCIDENT. NOTHING ELSE TO REPORT AT THIS TIME.

RESPECTFULLY SUBMITTED,

OFFICER 3331 - HOBBS, LAMONTE

**Shift Commander Recommendation:**

COMMAND OFFICER SIGNATURE: _____ DATE/TIME: _____

Printed On: 6/30/2017 6:47 AM

Attachment A          GB000018