# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| Timothy McGovern, | : | Case No. 3:18-cv-2506 |
| | : | |
| Plaintiff, | : | JudgeJeffery J. Helmick |
| v. | : | |
| | : | DECLARATION OF COREY |
| Lucas County, Ohio et al., | : | MARSHALL |
| | : | |
| Defendants. | : | |
| | : | |

I, Corey Marshall, pursuant to 28 U.S.C. 1746, declare under the penalty of perjury that the following is true and correct:

1. My name is Corey Marshall. I am providing this declaration voluntarily and have checked to make sure all the statements are correct.

2. I am an African-American man.

3. I was present at the Lucas County Adult Detention Center on November 10, 2017. I can be seen on the video feed from the C-01-50 Bkg West Hallcamera, labeled GB251,starting six minutes in. After I show up on the video, I am seen entering the West D cell.

4. On that date, I witnessed an altercation between Timothy McGovern and Officer Lamonte Hobbs. I remember this incident and was close enough to hear and see what happened.

5. While the two were standing at the West Hall door to West D, Officer Hobbs got smart with Tim and Tim told Officer Hobbs "fuck you."

6. After Tim told Officer Hobbs "fuck you," I saw Officer Hobbs assault Tim.

7. Tim did not call Officer Hobbs, nor anyone else, a "nigger."

Attachment B

_Corey Marshall_
Name

_4-13-20_
Date

State of Ohio )
            ) SS.
County of Lucas )

    On this date Corey Marshall, known to me, appeared before me and after being sworn did sign this document.

4-13-2020

_John W. McMahon_
JOHN W. McMAHON
Notary Public - State of Ohio
My commission has no expiration date.
Section 147.03 R.C.

2